**Electronically Filed
Supreme Court
SCPW-22-0000439
27-JUL-2022
08:40 AM
Dkt. 7 ODDP**

SCPW-22-0000439

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN THE MATTER OF KALEO LINDSEY

ORIGINAL PROCEEDING
(CASE NO. 3CC17100212K)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of Kaleo Lindsey's (Petitioner's) "Special-Proceeding Ex Parte, Invoking: Epistolary Jurisdiction," filed on July 8, 2022, which we construe as a petition for writ of mandamus, the documents attached and submitted in support, and the record, Petitioner does not cite to any authority that allows this court to require a stay of an ongoing foreclosure proceeding absent an appeal and at the request of what appears to be a non-party to the ongoing proceeding. See HRAP Rule 8. An extraordinary writ is thus not warranted. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (explaining that a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner

demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; such writs are not meant to supersede the legal discretionary authority of the lower court, nor are they meant to serve as legal remedies in lieu of normal appellate procedures).  Accordingly,

It is ordered that the petition for writ of mandamus is denied.

It is further ordered that the appellate court clerk shall process the petition without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, July 27, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

2